IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| JOHN W. KEISER,<br>by his Guardian Ad Litem,<br>LAURIE KEISER, | *<br>*<br>*<br>* | C.A. No.: 06C-07.052 (JTV)<br>NON-ARBITRATION CASE |
| Plaintiff, | *<br>* | JURY TRIAL DEMANDED |
| v. | *<br>* | |
| HARTFORD UNDERWRITERS<br>INSURANCE COMPANY,<br>    a foreign corporation, | *<br>*<br>*<br>* | E-FILE |
| Defendant. | * | |

**ORDER**

AND NOW, this __16th__ day of __August__, 2006, the Court having considered the Motion of Laurie Keiser to be appointed as the Guardian Ad Litem of the disabled adult Plaintiff John W. Keiser; and

IT IS HEREBY ORDERED that for purposes of these proceedings, Laurie Keiser is appointed Guardian Ad Litem of the disabled adult Plaintiff John W. Keiser.

_____
Judge

E-FILE

Dover, Delaware 19901

"Official Business, Penalty for Private Use $300."



U.S.M.S X-RAY

US District Court
Clerk's Office
844 N King St
Lockbox 18
Wilmington DE 19801