IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN W. KEISER,<br>by his Guardian Ad Litem,<br>LAURIE KEISER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD UNDERWRITERS,<br>INSURANCE COMPANY,<br>　　a foreign corporation,<br><br>　　　　Defendant. | * * * * * * * * * * * * | C.A. No.: 06-584 |

## STIPULATION OF DISMISSAL AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that all claims against Defendant Hartford Underwriters Insurance Company, be and hereby are dismissed, with prejudice.

SCHMITTINGER & RODRIGUEZ

BY: _____
JEFFREY J. CLARK, ESQUIRE
Delaware Bar I.D. #3485
414 South State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Plaintiff

DATED:

BALLARD, SPAHR,
　ANDREWS & INGERSOLL

BY: _____
WILLIAM M. KELLEHER, ESQ.
Delaware Bar I.D. #3961
919 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 242-4465
Attorney for Defendant

DATED:

IT IS SO ORDERED this _____ day of _____, 2007.

_____
THE HONORABLE SUE L. ROBINSON